UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH LEE SIMMONS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 5:12-cv-03908-JKG |
| : | |
| LMS INTELLIBOUND, INC., : | |
| : | |
| Defendant. : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant LMS Intellibound, Inc. in the above-captioned matter.

 FISHER & PHILLIPS LLP

Dated: September 13, 2012     By:    s/ Christin Choi
 Christin Choi, Esquire
 Radnor Financial Center, Suite 650
 201 King of Prussia Road
 Radnor, Pennsylvania 19087
 Telephone: (610) 230-2173
 Facsimile: (610) 230-2151
 cchoi@laborlawyers.com

 *Attorneys for Defendant LMS Intellibound, Inc.*

Philadelphia 64973.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH LEE SIMMONS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 5:12-cv-03908-JKG |
| LMS INTELLIBOUND, INC., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Christin Choi, Esquire, hereby certify that on this 13th day of September 2012, a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's ECF system and was served upon the following attorneys via the Court's ECF system:

>Peter Winebrake, Esquire
>R. Andrew Santillo, Esquire
>Mark J. Gottesfeld, Esquire
>Winebrake & Santillo, LLC
>715 Twining Road, Suite 211
>Dresher, Pennsylvania 19025
>pwinebrake@winebrakelaw.com
>asantillo@winebrakelaw.com
>mgottesfeld@winebrakelaw.com

*Attorneys for Plaintiff*

                                                s/ Christin Choi
                                                Christin Choi