UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH LEE SIMMONS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 5:12-cv-03908-JKG |
| | : |
| LMS INTELLIBOUND, INC., | : |
| | : |
| Defendant. | : |

## DISCLOSURE STATEMENT FORM OF
## DEFENDANT LMS INTELLIBOUND, INC.

Please check one box:

☐      The nongovernmental corporate party, _____, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

■      The nongovernmental corporate party, LMS Intellibound, Inc., in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock:

LMS Intellibound, Inc. is a wholly-owned subsidiary of Capstone Logistics, LLC.  No publicly held corporation owns 10% or more of the stock of Capstone Logistics, LLC.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

Date:  September 20, 2012

By:      s/ Christin Choi
J. Freedley Hunsicker, Jr., Esquire
Christin Choi, Esquire
Radnor Financial Center, Suite 650
201 King of Prussia Road
Radnor, Pennsylvania 19087
fhunsicker@laborlawyers.com
cchoi@laborlawyers.com

*Attorneys for Defendant*
*LMS Intellibound, Inc.*

Philadelphia 65190.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH LEE SIMMONS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 5:12-cv-03908-JKG |
| LMS INTELLIBOUND, INC., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Christin Choi, Esquire, hereby certify that on this 20th day of September 2012, a true and correct copy of the foregoing Disclosure Statement Form of Defendant LMS Intellibound, Inc. was filed electronically and is available for viewing and downloading from the Court's ECF system and was served upon the following through the Court's ECF system:

> Peter Winebrake, Esquire
> R. Andrew Santillo, Esquire
> Mark J. Gottesfeld, Esquire
> 715 Twining Road, Suite 211
> Dresher, Pennsylvania 19025
> pwinebrake@winebrakelaw.com
> asantillo@winebrakelaw.com
> mgottesfeld@winebrakelaw.com
>
> *Attorneys for Plaintiff*
> *Randolph Lee Simmons*

                                                s/ Christin Choi
                                                Christin Choi