IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH SIMMONS, on behalf of himself and others similarly situated,<br>　　　　　　　　Plaintiff,<br>　　v.<br><br>LMS INTELLIBOUND, INC.,<br>　　　　　　　　Defendant. | :<br>:<br>:<br>: 5:12-CV-03908-JKG<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the above-captioned action. The dismissal is without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

Dated: October 8, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Peter Winebrake
　　　　　　　　　　　　　　　　　　　　　　Peter Winebrake, Esq.
　　　　　　　　　　　　　　　　　　　　　　Winebrake & Santillo, LLC
　　　　　　　　　　　　　　　　　　　　　　Twining Office Center, Suite 211
　　　　　　　　　　　　　　　　　　　　　　715 Twining Road
　　　　　　　　　　　　　　　　　　　　　　Dresher, PA 19025
　　　　　　　　　　　　　　　　　　　　　　Ph: 215-884-2491
　　　　　　　　　　　　　　　　　　　　　　Fx: 215-884-2492